ACCEPTED
01-15-00155-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/13/2015 12:22:13 AM
CHRISTOPHER PRINE
CLERK

# COURT OF APPEAL FOR THE
## FIRST DISTRICT AT HOUSTON

| | | |
|---|---|---|
| **CHARLES WADE,** | § | |
| **Appellant,** | § | |
| | § | **FILED IN** |
| **v.** | § | **1st COURT OF APPEALS** |
| | § | **HOUSTON, TEXAS** |
| | § | **APPELLATE CASE NUMBER** 4/13/2015 12:22:13 AM |
| | § | **01-15-00155-CV** CHRISTOPHER A. PRINE |
| **HARRIS COUNTY** | § | Clerk |
| **Appellee.** | § | |

## MOTION TO PROCEED IN FORMA PAUPERIS

To The Honorable Judge:

COMES NOW CHARLES WADE, Defendant in this cause and requests that he be allowed to proceed on appeal in forma pauperis and for cause would show the Court as follows:

The Defendant is a Disable Vietnam Veteran and has been unemployed since August 29, 2003. Defendant has proceeded in the Trial Court in this matter, with the attached Affidavit which was filed in this Court on April 3, 2015. Defendant is currently indigent as stated in mentioned affidavit and the affidavit was not challenged in the Trial Court and Defendant was allowed to proceed.

WHEREFORE, the Defendant prays that he be allowed to proceed In forma pauperis for the prosecution of his appeal.

Respectfully Submitted,

Charles R Wade, Pro Se
4318 Woodmont
Houston, Texas 77045
713-434-0127

# CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I hereby certify that a true and correct copy of the forgoing instrument has been furnished to Edward J. (Nick) Nicholas, LINEBARGER GOGGAN BLAIR & SAPSON, LLP, 4828 Loop Central Drive, Suite 600, HOUSTON, TEXAS 77081, the following counsel of record by faxing to (713) 844-3504, by E-Mail to: nick.nicholas@lgbs.com and by electronic filing through Efile.Texas.gov, properly addressed and transmitted, April, 2, 2015.

Charles R Wade, Pro Se
4318 Woodmont
Houston, Texas 77045
713-434-0127

Shelly Raymond Wade
8114 Hideaway Lake Circle
Spring, TX 77389
**Efile.Texas.gov**

Dr. Alex Melvin Wade, Jr.
01624189
Mark W. Stiles
3060 FM 3514
Beaumont, Texas 77705
**United States mail**

Dianne Ruth Winzer
Aka Dianne Ruth Wade
13518 Windy Willow Drive
Missouri City, TX 77489
**Efile.Texas.gov**

Liberace Wade
8152 Scenic Hwy., Ste. C
Baton Rouge, LA 70807
**Efile.Texas.gov**

Gary Bernard Wade
15206 Wimberly Park Dr.
Houston, TX 77049
**Efile.Texas.gov**

Patsy Wade
Rt. 4 Box 4860
San Augustine, TX 75972
**Efile.Texas.gov**

Janice Faye Coleman
16727 Lone Quail Ct
Missouri City, TX 77489
**Efile.Texas.gov**

Perdue, Brandon, Fielder, Collins & Mott
Attorneys for Five Corners Improvement District
1235 N. Loop West, Suite 600
Houston, Texas 77008
**Via Facsimile: (713) 862-1429**

**Attorney Annie Briscoe**
1217 Prairie Street
Houston, Texas 77002
(713) 270-8732
**Efile.Texas.gov**

Charles R Wade, Pro Se
4318 Woodmont
Houston, Texas 77045
713-434-0127
Date: April 12, 2015